# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BODYMEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 12-133-GMS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| BASIS SCIENCE, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT BASIS SCIENCE, INC.'S
## MOTION TO STAY PENDING REEXAMINATION
## AND MOTION TO TRANSFER VENUE

Defendant Basis Science, Inc. ("Basis Science,") hereby moves this Court to stay this litigation in its entirety pending completion of the reexaminations of the Patents-in-Suit or transfer it to the Northern District of California. The bases for this Motion are fully set forth in the brief in support filed concurrently herewith.

Pursuant to Local Rule 7.1.1, counsel for Basis Science have conferred with counsel for Plaintiff. Plaintiff will oppose this Motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Dave J. Hadden
Ryan Tyz
Michael C. Saunders
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 335-7684


Dated: October 24, 2012
1080487 / 38819

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Basis Science, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 24, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 24, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Mary F. Caloway<br>Geoffrey G. Grivner<br>Buchanan Ingersoll & Rooney PC<br>1105 North Market Street, Suite 1900<br>Wilmington, DE 19801-1054<br>Mary.Caloway@bipc.com<br>Geoffrey.Grivner@bipc.com | Philip L. Hirschhorn<br>Buchanan Ingersoll & Rooney PC<br>1290 Avenue of the Americas, 30th Floor<br>New York, NY 10104-3001<br>Philip.Hirschhorn@bipc.com |

Ralph G. Fischer
Steven D. Czajkowski
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Ralph.Fischer@bipc.com
Steven.Czajkowski@bipc.com

             By: */s/ David E. Moore*
                Richard L. Horwitz
                David E. Moore
                Bindu A. Palapura
                POTTER ANDERSON & CORROON LLP
                Tel: (302) 984-6000
                rhorwitz@potteranderson.com
                dmoore@potteranderson.com
                bpalapura@potteranderson.com

1060667 / 38819